**Samuel D. COLLINS, Appellant, v. UNITED STATES of America, Appellee.**

**No. 12932.**

United States Court of Appeals
Ninth Circuit.

Nov. 9, 1951.

Samuel D. Collins, in pro per.

Ernest A. Tolin, U. S. Atty., Ray H. Kinnison and Bernard B. Laven, Assts. U. S. Atty., all of Los Angeles, Cal., for appellee.

Before MATHEWS, STEPHENS and ORR, Circuit Judges.

PER CURIAM.

The order appealed from is affirmed.

**Isidor DOBKIN, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**No. 46, Docket 21918.**

United States Court of Appeals
Second Circuit.

Argued Nov. 14, 1951.

Decided Nov. 29, 1951.

Jacob Rabkin and Mark H. Johnson, New York City, Jacob Rabkin, New York City, of counsel, for Isidor Dobkin, petitioner.

Theron Lamar Caudle, Asst. Atty. Gen., Ellis N. Slack, A. F. Prescott and Louise Foster, Sp. Assts. to Atty. Gen., for Commissioner of Internal Revenue..

Before AUGUSTUS N. HAND, CHASE and CLARK, Circuit Judges.

PER CURIAM.

Affirmed on opinion of Arundell, J., 15 T.C. 31.

**Joseph ROSENBLUM and Sadie Rosenblum, Copartners, Trading and Doing Business as Modern Manner Clothes, Petitioners, v. FEDERAL TRADE COMMISSION, Respondent.**

**No. 13, Docket 21959.**

United States Court of Appeals
Second Circuit.

Argued Nov. 14, 1951.

Decided Nov. 29, 1951.

Copal Mintz, New York City, for petitioners.

W. T. Kelley, Gen. Counsel, James W. Cassedy, Asst. Gen. Counsel, and Alan B. Hobbes, all of Washington, D. C., for the Federal Trade Commission.

Before AUGUSTUS N. HAND, CHASE and CLARK, Circuit Judges.

PER CURIAM.

Affirmed on authority of Federal Trade Commission v. Standard Education Society, 302 U.S. 112, 58 S.Ct. 113, 82 L.Ed. 141; Progress Tailoring Co. v. Federal Trade Commission, 7 Cir., 153 F.2d 103; and Charles of the Ritz Distributors Corp. v. Federal Trade Commission, 2d Cir., 143 F. 2d 676.